BETHEL ASSEMBLY OF GOD, INC. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF TRUMBULL

The petition of William W. Joslin et al. for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Harold Sobel,* in support of the petition.
*Gary W. Nicholson,* in opposition.

Decided April 29, 1980

HERBERT A. JOHNSON ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TRUMBULL ET AL.

*Raymond W. Beckwith,* in support of the petition.
*Stewart I. Edelstein* and *Burton S. Yaffie,* in opposition.

Decided April 29, 1980

STATE OF CONNECTICUT *v.* JOHN E. SWEATT

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Louis S. Avitabile,* special public defender, in support of the petition.

Decided May 6, 1980